Armin Bencoe, Appellant, *v.* Robert E. McDonnell
et al., Copartners, under the Firm Name of McDonnell
& Company, Respondents.

(Submitted December 4, 1933; decided December 5, 1933.)

*William F. Unger* for motion.
No one opposed.

Motion granted and appeal dismissed with costs and
ten dollars costs of motion.  (See 261 N. Y. 639, 694.)